**Order entered November 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00620-CV**

**IN THE INTEREST OF L.A.C., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-18505**

**ORDER**

Before the Court is appellant's motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by December 30, 2022.

/s/ KEN MOLBERG
JUSTICE